IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

**FILED**

**OCT 28 2025**

Clerk, US District Court
District of Montana - Billings

| UNITED STATES OF AMERICA | MJ 25-109-BLG-SPW |
| --- | --- |
| v. | **ORDER SETTING CONDITIONS OF RELEASE** |
| MURRELL DOUGLASS DEELA | |
| *Defendant.* | |

**IT IS ORDERED** that the Defendant's release is subject to these conditions:

(1) Defendant must not violate **federal, state, local, or tribal law** while on release.

(2) Defendant must cooperate in the collection of a **DNA sample** if it is authorized by 42 U.S.C. § 14135a.

(3) Defendant must advise the Pretrial Services Officer in writing before making any **change of residence or telephone number.**

(4) Defendant must **appear in court** as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

## ADDITIONAL CONDITIONS OF RELEASE

**IT IS FURTHER ORDERED** that the Defendant's release is subject to the following additional conditions:

(5) [a] Defendant must submit to **supervision** by, and report to, the Pretrial Services Officer, telephone number (406) 694-8249, no later than immediately following today's court proceedings and thereafter at such times and in such manner as designated by the Officer.

(6) [d] Defendant must surrender to the Pretrial Services Officer any **passport** or other internation travel document.

(7) [e] Defendant must not obtain a **passport** or other international travel document.

(8) [k] Defendant must not possess a **firearm**, destructive device, or other weapon.

(9) [l] Defendant must not use any **alcohol**.

(10) [m] Defendant must not use or unlawfully possess a narcotic drug, or other **controlled substances** defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

(11) [n] Defendant must submit to **testing** for a prohibited substance if required by the Pretrial Services Officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and any form of prohibited substance screening or testing. Defendant must not

obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing. Defendant shall pay all costs associated with the program, unless the Pretrial Services Officer determines Defendant is financially unable to pay.

(12) [o] Defendant must participate in a program of outpatient **substance abuse evaluation**, therapy and counseling if directed by the Pretrial Services Officer.

(13) [r] Defendant must report as soon as possible to the Pretrial Services Officer every **contact with law enforcement** personnel, including arrests, questioning, and traffic stops.

(14) [s] Defendant must not ingest or inhale any **toxic substance** such as, but not limited to, synthetic marijuana and/or any synthetic stimulant that is not manufactured for human consumption, for the purpose of altering a mental or physical state.

(15) [t] Defendant shall not purchase, possess, use, distribute or administer marijuana, or obtain or possess a medical marijuana card or prescription.

(16) Defendant not have direct or indirect contact with alleged victim R.C. *TR*

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

    A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.
    The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.
    Federal law makes it a crime punishable by up to 10 years of imprisonment, and a $250,000 fine or both to obstruct a criminal investigation. It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or informant; to retaliate or attempt to retaliate against a witness, victim or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.
    If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.
    A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of Defendant

    I acknowledge that I am the Defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Signature of Defendant

**IT IS FURTHER ORDERED** that the Defendant is **RELEASED** after processing by the United States Marshal Service.

DATED this 28 day of October, 2025

Timothy J. Cavan
United States Magistrate Judge